Gmail

Becky Hess <jzmlawoffice@gmail.com>

## U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: James R Weader, Jr, Case Number: 15-04982, HWV, Ref: [p-159320497]

1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
To: jzmlawoffice@gmail.com

Wed, Jan 6, 2021 at 12:20 PM

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

January 7, 2021

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: James R Weader, Jr, Case Number 15-04982, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737**

---

Undeliverable Address:
MARINER FINANCE
PO BOX 35394
BALTIMORE, MD 21222-7394

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Mariner Finance, PO Box 44850, Nottingham, MD 21236

---

Undeliverable Address:
NORTHWEST CONSUMER DISC CO
DBA LEWISTOWN CONSUMER DISC
PO BOX 309
LEWISTOWN, PA 17044

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Northwest Consumer Disc Co. DBA Lewistown Consumer Disc, PO Box 128, Warren, PA 16365

---

Undeliverable Address:
Northwest Consumer Discount Co
25 W Market Street
Lewistown, PA 17044

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Northwest Consumer Discount Co, 110 Liberty St, Warren, PA 16365

_____       1/12/2021
Signature of Debtor or Debtor's Attorney      Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

B_P115049823180W0149.PDF
7K